■ JONATHAN ROSS, an Infant, by His Parent and Natural Guardian, JONATHAN ROSS, et al., Respondents, v COLLEGE OF NEW ROCHELLE, Respondent, and PATTI (PATRICIA) MARANO et al., Appellants.—Order, Supreme Court, Bronx County (Alan J. Saks, J.), entered May 15, 1992, which denied defendants-appellants' motion for summary judgment, unanimously affirmed, without costs.

The infant plaintiff suffered an eye injury when he pulled on a cord attached to a pen which was affixed to a bulletin board and was struck by a "push pin". The IAS Court properly found that genuine triable issues of fact exist including foreseeability of harm, control of the instrumentality, and proximate cause. Concur—Sullivan, J. P., Ellerin, Wallach and Rubin, JJ.